1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9    MARCUS D. WILSON,                    CASE NO. 1:05-CV-00226-OWW-SMS-P

10                    Plaintiff,          ORDER STRIKING MOTION FOR
                                          APPOINTMENT OF COUNSEL FOR LACK
11         v.                             OF SIGNATURE

12   D. STOLMAN, et al.,                  (Doc. 9)

13                    Defendants.
                                        /
14

15          On August 30, 2005, plaintiff Marcus D. Wilson ("plaintiff") filed a motion seeking the

16   appointment of counsel.  Plaintiff did not sign the motion.  All of plaintiff's filings must bear

17   plaintiff's original signature, and will be stricken from the record if they do not.  Local Rule 7-131;

18   Fed. R. Civ. P. 11(a); First Informational Order, ¶ 2.

19          Because plaintiff's motion was not signed, it is HEREBY STRICKEN from the record.

20

21   IT IS SO ORDERED.

22   **Dated:    September 1, 2005**              **/s/ Sandra M. Snyder**
     i0d3h8                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                        1