UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. WILSON,                    ) | 1:05-CV-00226 OWW SMS P |
|                                      ) | |
|    Plaintiff,                        ) | ORDER GRANTING EXTENSION OF |
|                                      ) | TIME TO FILE OBJECTION |
|    v.                                ) | (DOCUMENT #19) |
|                                      ) | |
| D. STOLMAN, et al.,                  ) | |
|                                      ) | |
|    Defendants.                       ) | |

On May 10, 2006, plaintiff filed a motion to extend time to file an objection to the Findings and Recommendations filed on April 12, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30)** days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   May 24, 2006**             /s/ Sandra M. Snyder
i0d3h8                                UNITED STATES MAGISTRATE JUDGE