UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS D. WILSON, | ) | 1:05-CV-00226 OWW SMS P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #22) |
| D. STOLMAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2006, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated: July 6, 2006**            /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE