1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS D. WILSON,                    1:05-cv-00226-OWW-SMS-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 18)
13   vs.
                                  **ORDER DISMISSING ACTION FOR**
14   D. STOLMAN, et al.,          **FAILURE TO STATE A CLAIM UPON**
                                  **WHICH RELIEF MAY BE GRANTED**
15              Defendants.       (Doc. 10)

16                                **ORDER THAT THIS DISMISSAL**
                                  **SHALL COUNT AS A STRIKE**
17                                **PURSUANT TO 28 U.S.C. §**
                                  **1915(G)**
18   _____/

19

20

21        Plaintiff Marcus D. Wilson ("plaintiff"), a state prisoner

22   proceeding pro se and in forma pauperis, has filed this civil

23   rights action seeking relief under 42 U.S.C. § 1983.  The matter

24   was referred to a United States Magistrate Judge pursuant to 28

25   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

26        On April 12, 2006, the Magistrate Judge filed a Findings and

27   Recommendations herein which was served on plaintiff and which

28   contained notice to plaintiff that any objection to the Findings

                                    1

and Recommendations was to be filed within thirty days.  On July 7, 2006, the court granted plaintiff's second request for an additional thirty days within which to file an objection.  More than thirty days have passed and plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 12, 2006, is ADOPTED IN FULL;

2.   This action is DISMISSED for plaintiff's failure to state a claim upon which relief may be granted as follows:

a.   Plaintiff's due process claims are DISMISSED, with prejudice;

b.   Plaintiff's false imprisonment claims under California law are DISMISSED, with prejudice; and,

c.   Plaintiff's IIED claim under California law is DISMISSED, without prejudice; and

3.   This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   August 25, 2006**                    _/s/ Oliver W. Wanger_
emm0d6                                 UNITED STATES DISTRICT JUDGE

2